UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T<small>ERRY</small> P<small>ATRICK</small> W<small>AYNE</small>,
    Plaintiff,

Case No.: 1:13-cv-1308

v.

HONORABLE PAUL L. MALONEY

D<small>ANIEL</small> H<small>EYNS</small>,
    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 16). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the portion of the Report and Recommendation to grant defendant's motion for summary judgment is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendants' motion for summary judgment (ECF No. 8) is **GRANTED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

Dated: March 31, 2015              /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                        Chief United States District Judge