UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY PATRICK WAYNE,

    Plaintiff,

v.

                              Case No. 1:13-cv-1308

                              HONORABLE PAUL L. MALONEY

DANIEL HEYNS,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  March 31, 2015                                     /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District